CLERK US DISTRICT COURT
NORTHERN DIST. OF TX.
FILED

UNITED STATES DISTICT COURT
NORTHERN TEXAS

2015 SEP 16  AM 9: 45

Civil Action, File No. **1.-15 C V - 1 6 7   P**

DEPUTY CLERK

|  |  |
|---|---|
| TRINIDAD ORTEGA LERMA<br>Plaintiff | ) )<br>) ) |
| v. | ) )<br>) ) |
| GEO GROUP,INC. & B.O.P.<br>(Bureau of Prisons)<br>Defendants | ) )<br>) )<br>) ) |

**Complaint
For Negligence**

**Jury Trial Demanded**

## Complaint

Plaintiff, TRINIDAD ORTEGA LERMA, pro se, for this complaint
state as follows:

1. Plaintiff Trinidad Ortega Lerma is confined in the Cedar Hill
Corrections center, a federal institution located at 3711 Wright
Ave. Big Spring, Texas 79720.

2. Defendant GEO GROUP, INC. is in charge of the custody and
medical care of the Plaintiff.

3. Defendant's Fail to provide Plaintiff the adecuated medical
care and caused damages to his health, body and mind.

4. This action arises under and is brought pursuant to 28 USC ß
1343.and 28 USC ß 1331. This Court has jurisdiction over this
Action because the negligence occurred in Big Spring(Haward)
county) and this Court has jurisdiction over such county.

5. This cause of action arose in the Northern District of Texas.
Therefore, venue is proper under 28 U.S.C Section 1391 (b).
And plaintiff is a resident at Cedar Hill which is located
inside the Northern District of Texas, For which this Court
has jurisdiction.

6. On or abouth February 17, 2015 Plaintiff was Transferred to
Cedar Hill to serve his sentence and to receive medical treatment
and the correctional center it was their duty to provide treatment
and they failed to do so causing harm and damages to Plaintiff.

7.Plaintiff as the result of an accident in custody of B.O.P
suffered injury to his spine, neck and head, The report of
Big Bend Regional Medical Center (EXHIBIT 9) shows the trauma
to plaintiff's spine, by exam and MRI DIAGNOSIS.

8.Judge ROBERT JUNELL orders B.O.P to send Plaintiff to F.C.I.
Rochester, MN. where they could provide needed care, instead
they transferred him to Cedar Hill, where Plaintiff so many
times requested medical care and was always refused.

9.The medical personel at Cedar Hill only provided pills for
pain , as the result of this GROSS NEGLIGENCE plaintiff is
in constant pain day and night, I am not able to walk as a
normal person, I cant lift heavy things, I feel in a state of
disability as the result of my injuryes, and I believe that
I need back surgery as recomended by Doctor Donald Culbertson,PA.
Back in  12/12/2014 (SEE EXHIBIT 3).

10.Defendant alwas was asking me to extend the time for a response
to my requests for medical care, Infact I have sent requests to
the highest branches of Administration and they said (MEDICAL
CARE- IMPROPER OR INADEQUATE) see EXHIBIT 8.

11.Plaintiff will be released from custody on October 09, 2015
and ICE wants to deport me, and I feel that such task will
put me at great risk, Because I am suffering with this disability.

12.Plaintiff feels that the GEO GROUP INC. is responsable for
my injuries, and I hope that this court will make them liable
for their mistakes, & negligence.

13. I will be satisfied with any decision that this court makes
regarding my case, and I know that this Honorable Court will make
the right decision.

### Prayer for Relief

14. WHEREFORE, Trinidad Ortega Lerma, prays for judgment in his favor and damages in his favor against all defendants as fallows:

15. Plaintiff request an order declaring that the defendnats have acted in violation of the United States Constitution.

16. Plaintiff request an injunction compelling defendants to provide full medical care, back surgery,or the needed medical care that I need to be healty or to take care of my injuries.

17. Plaintiff requests $3,700,000.00 as compensatory damages,for future medical bills,physical disability,injuries,future lost wages and pain and suffering.

18. Plaintiff request $2,300,000.00 in punitive damages due to the NEGLIGENCE OF The GEO GROUP, INC. and their liability.

19. Plaintiff request an order to compell ICE (Department Of Home Land Security) to stop my deportation, and provide me with a Humanitarian Visa so that I can be cared for my injuries.

20. plaintiff requests that any attorney fees, Court fees and costs be paid by defendants, and such additional relief as the Court may deem just and proper.

Respectfully submitted this 14 day of September, 2015.

TRINIDAD ORTEGA LERMA
Reg. No. 30542380
Cedar Hill Unit
3711 Wright Ave
Big Spring, TX 79720

EXHIBIT 1

**FILED**

APR 0 2 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY



# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. P-14-CR-090 (1)** |
| | § | |
| **TRINIDAD ORTEGA LERMA** | § | |

## ORDER GRANTING
## MENTAL EXAMINATION OF DEFENDANT

On this the 2nd day of April, 2014, a hearing was held and the Government and Defendant thru his Attorney of Record, Jack Meredith, requested that the Court grant Defendant's Motion for Mental Examination. The Defendant thru his Attorney of Record, Jack Meredith, filed a written Motion for Mental Examination on March 28, 2014. The motion for a mental examination of the defendant for determination of sanity at the time of the instant offense and determination of competency to stand trial is hereby **GRANTED**.

IT IS HEREBY ORDERED pursuant to Title 18, United States Code § 4241, that the United States Marshal Service immediately transport the Defendant to the nearest suitable facility that will admit him for the purpose of psychological and/or psychiatric evaluation, it being the intention of the court that the personnel at the facility shall have authority to administer treatment to the Defendant as deemed necessary. The Defendant shall remain at this suitable facility for a reasonable period of time as deemed necessary for such examination, but for a period of time not to exceed forty-five (45) days.

IT IS FURTHER ORDERED that the Defendant be examined by qualified personnel to determine his sanity at the time of the instant offense and mental competency to proceed

*Exhibit* 1

EXHIBIT 1

EXHIBIT 2

Marfa Country Clinic
105 E Oak St.
PO Box 368
Marfa, TX 79843
Phone (432) 729 3000   Fax (432) 729 3001

DRAFT OF CURRENT NOTE

**TRINIDAD ORTEGA-LERMA**                              **Dec 03, 2014 Wed 09:56 PM**

Chief Complaint: neck and back pain confusion

History of Present Illness: Patient with continued neck and back pain

Review of Systems: Patient complains of not being given his medications on a regular basis.

The clearly defines the patient's medications, dosages, and frequency.

Inmate was given a written copy of his home medication dosages and given to him.

Inmate is truly confused. Whether this is as a result of a closed head injury, or a pre-existing mental health condition, it is difficult to determine.

Inmate did have a MRI of the cervical spine and the lumbar spine, review those results for specific details.

Past Medical History: past +ppd and inflamation pt was pissed aboout repeat ppd despite h/o +PPd
pt cleared with cxr [Updated by Donald Culbertson, PA on 02/05/14 09:32 PM]

Family History:

Social History:

Allergies: No Known Allergies (Updated by DONALD on 01/15/2014 10:02 PM)

Medications:
1) Azithromycin 5 Day Dose Pack 250 mg oral tablet, 5 day Z-Pak as directed
2) CeleXA 40 mg oral tablet, 1 po q AM
3) naproxen 500 mg oral tablet, 1 po bid prn for pain and inflamation
4) traMADol 50 mg oral tablet, 1 po bid prn for back pain
5) traZODone 150 mg oral tablet, 1 tab at bed time

Physical Examination: BP: /88  Pulse: 78  RR: 16  Temp: 98.9 F

Patient here today well-developed well-nourished in generally good spirits. See vital signs for details

CV regular rate and rhythm no murmurs, upper extremity pulses equal bilateral.

Lungs: CTA bilaterally no wheeze rub or rhonchi no shortness of breath.

Discussion with inmate regarding the findings on his MRI.

EXHIBIT 2

EXHIBIT 2

Marfa Country Clinic
105 E Oak St.
Po Box 368
Marfa, TX 79843
(432) 729 3000
(432) 729 3001

12/12/2014

TRINIDAD ORTEGA-LERMA

Trinidad,

NOTE FOR US MARSHALL'S

CC: JACK MEREDITH ATTORNEY.

Individual has been incarcerated at the Presidio County jail facility. During that time I have provided the inmate with medical services.

Patient has chronic debilitating back pain. During his stay imaging studies were obtained, MRI of the C-spine and L-spine show some disc damage and possible nerve damage resulting in radiculopathy and debilitating pain. While pain is a subjective measure for the extent of injury, the MRI imaging studies serve to quantify the locations and the extent of the patient's back condition.

Multiple pain medications have been provided to the patient in combination and with increased frequency and strength, still patient suffers and complains of pain. The pain is such that it affects his mood and mental capability as well. It is my position that the patient's condition is more extensive than the medical facility at the Presidio County jail is prepared to manage and he would benefit from being incarcerated in a facility with an embedded clinical facility, a federal facility, or a facility in close proximity to specialty care.



It is my opinion that the patient needs to be evaluated by a pain management specialist/back specialist. Patient seems to be a good candidate for epidural spine injections for the relief of symptoms both as a therapeutic and a diagnostic measure. Patient could be a candidate for back surgery. Whatever the patient's course of treatment turns out to be, management of the patient's chronic pain syndrome is required at this time.

The patient's second issue is his mental status. The inmate has been evaluated at a psychiatric facility and deemed fit for trial. While his previous psychiatric evaluation is all well and good, the specific nature of the patient's mental deficit has not been clarified. Patient has a constellation of symptoms which include memory loss, confusion, hearing voices, visual hallucinations, and simply being agitated and bothered. Of course like most mental health evaluations there are periods of complete lucidity and episodes of profound confusion when encountering Mr. Ortega-Lerma. The patient states that memory problem is as a result of a closed head injury over a year ago, it is difficult for medical staff at the Presidio County jail to ascertain whether this is a result of an injury or a pre-existing psychiatric condition. Inmate does need to be more completely evaluated for the

FAXED DEC 12 2014

*EXHIBIT 3*
**exhibit 3**

specifics of his mental condition, not just whether he is able to stand trial or not which has already been determined.

to summerize; inmate needs pain management, back evaluation with possible procedures, as well as a mental health evaluation to determine the nature and cause of his psychiatric condition. None of this is possible to accomplish in our rural remote setting. It is my recommendation as the correctional facility medical provider that Mr. Ortega-Lerma be transferred to an appropriate correctional facility to meet his physical and mental health needs.

Addendum:
radiology reports detailing the MRI results are in the inmates medical chart, It is my suggestion that a disk copy of the MRI imaging studies be obtained from the imaging facility and be transported along with the patient for review by the back specialist.

Sincerely,

Donald Culbertson, PA

FAXED DEC 12

**EXHIBIT 3**

*EXHIB*

EXHIBIT 4

**FILED**

DEC 15 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Our No:  PE:14-CR-00090(1)-RAJ |
| | § | |
| (1) Trinidad Ortega Lerma | § | *Your case No.* |

## INTRA-DISTRICT TRANSFER ORDER

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:

On the 15th day of December, 2014, the Court held a hearing to discuss the defednants' health issues concerning his back. After careful consideration and discussions with all parties, it is hereby ordered that the defendant be transferred to the Midland Division for proper treatment and for his final sentencing hearing.

The Defendant is hereby ordered transferred by the United States Marshals Service to the **Midland Division** for further hearings on this matter.

**ORDERED this the 15th day of December, 2014.**

_____
B. DWIGHT GOAINS
U.S. MAGISTRATE JUDGE

EXHIBIT 4

EXHIT 5

AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### MIDLAND DIVISION

# FILED

JAN 2 2 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

UNITED STATES OF AMERICA

v.

TRINIDAD ORTEGA LERMA

Defendant.

Case Number  4:14-CR-090-01 RAJ
USM Number  30542-380

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, TRINIDAD ORTEGA LERMA, was represented by Jack Meredith.

The defendant pled guilty to Count(s) 1 of the Indictment on October 29, 2014. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
|---|---|---|---|
| 8 U.S.C. § 1326(a)&(b)(2) | Illegal Entry after Deportation | January 14, 2014 | 1 |

As pronounced on January 16, 2015, the defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 22 day of January, 2015.

ROBERT JUNELL
United States District Judge

A true copy of the original, I certify.
Clerk, U. S. District Court

By: _____ Deputy

EXHIBIT 5

EXHIBIT 5

**EXHIBIT 5**

Judgment--Page 2

Defendant: TRINIDAD ORTEGA LERMA
Case Number: 4:14-CR-090-01 RAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 24 months.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant serve this sentence at F. C. I., Rochester, MN and that his designation be expedited.

That the defendant receive a medical evaluation and treatment while incarcerated.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

at _____ Defendant delivered on _2-17-15_ to _BSC_ , with a certified copy of this Judgment.
Big Spring TX

_Dwight Sims_
United States Marshal

By _____
Deputy Marshal

**EXHIBIT 5**

EXHIBIT 5

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ~~Lerma, Trinidad Ortega~~       30542-380    Cedar Hill    BSC
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**  On April 4, 2014 I fell at the Court House. My Attorney saw me fell. I still have pain in my neck, back, and head. It was ordered that I see a specialist for my pain. I did see a specialist in Ector County, once I was transferred here I have not been back. I am requesting to see the Specialist again. Dr. Herrera did not examine me he just told me that I do not need surgery. My family has already contacted Washington and this is being investigated. They have also contacted the Mexican Counsel and Judge Genal since it was his order for me to see the speialist. Please give me a chance to see a specialist to see what is wrong with me. I have sent cop outs to Medical in February and March, none have been answered. Once I got here all medical treatment has stopped. I want an investigation into Medical because of this.

5-19-15
DATE

*(signature)*
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

see attached response.


RECEIVED
5-19-15

**EXHIBIT  6**

DATE              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: **BSC-15-CH-110**

                                CASE NUMBER: **BSC-15-CH-110**

**Part C– RECEIPT**

Return to: _____
        LAST NAME. FIRST. MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

EXHIBIT 6

# MEMORANDUM



**Big Spring Correctional Center**
1701 Apron Drive ·
Big Spring, Texas 79720

Date: May 21, 2015

TEL: 432 264 0060
www.geogroup.com

To:   Lerma, Trinidad #60542-380

## RE:   ADMINISTRATIVE REMEDY BSC-15-CH-110

In your Administrative Remedy Request received on May 19, 2015, you claim that since your arrival here all medical treatment has stopped, and health service staff is not responding to your request to see a specialist for injuries you received when you fell in 2014.

A review of your records shows you arrived at Big Spring Correctional Center (BSCC) on February 17, 2015. You were seen by the Physician's Assistant on February 24, 2015, for an insect bite. At that time you received antibiotics and pain medication. On February 25, 2015, you were seen at sick call for back pain. You were educated on the disease process and medications. You also expressed frustration about "planned" medical care follow-up at your previous facility which was not completed due to your transfer to BSCC. On that date a Psychiatrist evaluation/consult was performed and medications prescribed. Your Mental Health appraisal was completed on February 26, 2015 and your physical examination completed on February 27, 2015. You were placed on the chronic care list and on March 10, 2015, you were seen for complaints of back pain. On April 10, 2015, you had a follow-up with the physician for your back pain. The physician reviewed results from a MRI done November 28, 2014 at a previous facility. On May 11, 2015, the physician conducted a follow-up with you explaining to you that based on the MRI of the cervical and lumbar spine, you do not have any pathology that requires surgery. He advised you to continue your current treatment.

**EXHIBIT 6**

*EXHIBIT C*

Based on this review, you are receiving timely and appropriate medical care at this facility. Health Services will continue to monitor and treat you as medically indicated.

Your Administrative Remedy Request to see a specialist for injuries you received when you fell in 2014, are denied.

_____
Senior Warden

EXHIBIT 6

U.S. Department of Justice

Federal Bureau of Prisons

**EXHIBIT 7**
**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **LERMA, TRINIDAD**  ~~3~~60542-380   CEDAR HILL   BSCC

LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** THIS REGIONAL ADMINISTRATIVE APPEAL IS RESPECTFULLY SUBMITTED WITH THE PURPOSE OF APPEALING THE DECISION BY THE SENIOR WARDEN DATED MAY 21, 2015, WHICH I ATTACHED TO THIS BP-10. IN HIS DECISION THE SENIOR WARDEN ADVISES ME THAT BASED ON THE MRI OF THE CERVICAL AND LUMBAR SPINE I DO NOT HAVE ANY PATHOLOGY THAT REQUIRE SURGERY. HOWEVER, DOCTOR CULBERTSON, DONALD A PHYSICIAN THAT RECOMMENDED MY MRI WHEN I WAS IN ALPINE, TX. SUGGESTED, RECOMMENDED AND ADVISED ME THAT I SHOULD BE TREATED BY A SPECIALIST WITH RESPECT TO THE ISSUE FOR WHICH I HAVE SUBMITTED VARIOUS REQUESTS AND THE BP-9 THAT WAS DENIED. IN THAT SENSE, I HOPE THAT THIS REGIONAL OFFICE CONSIDERS AND GRANTS MY PETITION BECAUSE MY MEDICAL SITUATION IS VERY DE-LICATE, THAT IS WHY I AM ATTACHING ALL THE MEDICAL RECORD AND THE APPROPRIATE DOCUMENTATION TO BE STUDIED AND CONSIDERED AND DEMONSTRATE THAT THE SENIOR WARDEN ERRED WHEN HE DENIED ME MY REQUEST TO SEE A SPECIALIST FOR INJURIES THAT I SUSTAINED  IN THE COURTHOUSE IN 2014.

JUNE 05, 2015

DATE                             SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JUN 17 2015
Administrative Remedy Section

RECEIVED
JUL 10 2015
Privatization Mgmt. Branch

DATE                             REGIONAL DIRECTOR   828698-R1

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: ___82666___

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

DATE                             SIGNATURE, RECIPIENT OF REGIONAL APPEAL

**EXHIBIT  7**

UPN LVN


PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002

Regional Administrative Remedy 828698-R1
Part B Response

You appeal the Warden's denial of your request to see a
specialist to follow-up on your complaints of back, neck and
head pain which you allege are the result of a fall in 2014.
You also claim staff from your prior facility recommended that
these issues be treated by a specialist.

A review of your medical record reveals you have been seen on
multiple occasions for back and neck pain by medical staff at
your current facility.  You have been prescribed appropriate
non-steroidal anti-inflammatory medications for your subjective
complaints.  Additionally, on August 3, 2015, a referral was
written for you to see an orthopedic specialist for evaluation
for epidural steroid injections, which would further address the
concerns you have identified in your appeal.

Based on the above, your appeal is denied.  If you are
dissatisfied with this response, you may appeal to the Office of
General Counsel, Federal Bureau of Prisons, 320 First Street,
NW, Washington, DC 20534.  Your appeal must be received in the
Office of General Counsel within 30 calendar days from the date
of this response.

9/2/15
_____
Date

_____ for.
Donna Mellendick, Administrator
Privatization Management Branch

EXHIBIT 7

EXHIBIT 7

RECEIPT - ADMINISTRATIVE REMEDY

DATE: JULY 20, 2015

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      PRIVATIZATION MGT. BRANCH

TO  : TRINIDAD ORTEGA LERMA, 30542-380
      BIG SPRING CI    UNT: CEDAR HILL    QTR: C03-012L

THIS ACKNOWLEDGES THE RECEIPT OF THE  REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID      : 828698-R1
DATE RECEIVED  : JULY 10, 2015
RESPONSE DUE   : AUGUST 9, 2015
SUBJECT 1      : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2      :

_Trinidad Ortega Lerma_ (signature)
_____
Inmate Signature
7-21-15
_____
Date
Date Sent: WP By: 7/21/2015

Document has been forwarded to
Administrative Remedy Clerk for
signature of inmate.
By: WP    Date: 7/20/2015

EXHIBIT 8
INMATE COPY

EXHIBIT 8

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: JULY 31, 2015

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      PRIVATIZATION MGT. BRANCH

TO  : TRINIDAD ORTEGA LERMA, 30542-380
      BIG SPRING CI     UNT: CEDAR HILL     QTR: C03-012L


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE   REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      :  828698-R1
DATE RECEIVED  :  JULY 10, 2015
RESPONSE DUE   :  SEPTEMBER 8, 2015
SUBJECT 1      :  MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2      :

Document has been forwarded to
Administrative Remedy Clerk for
signature of Inmate.
By: ___  Date: 7-31-15

EXHIBIT 8

EXTENSION OF TIME FOR RESPONSE – ADMINISTRATIVE REMEDY

DATE: JULY 31, 2015

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      PRIVATIZATION MGT. BRANCH

TO  : TRINIDAD ORTEGA LERMA, 30542-380
      BIG SPRING CI     UNT: CEDAR HILL    QTR: C03-012L


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE   REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 828698-R1
DATE RECEIVED   : JULY 10, 2015
RESPONSE DUE    : SEPTEMBER 8, 2015
SUBJECT 1       : MEDICAL CARE – IMPROPER OR INADEQUATE
SUBJECT 2       :

Document has been forwarded to
Administrative Remedy Clerk for
signature of inmate.
By: _____ Date: 7-31-15

_____
Inmate Signature

7-31-15
Date

Date Sent: 7-31-15 By: ___

14327293171   11:0.   a.m.   12-05-2014   11 /17

To: Don Culbertson P.A.          From: Daniel B Lankford M.D.          12-02-14  11:52am   p. 2   of 3

# Big Bend Regional Medical Center
2600 Highway 118 North
Alpine, TX  79830
432 837 3447

## IMAGING REPORT

**Name:**     **TRINIDAD, ORTEGA L.**

| | | |
|---|---|---|
| MRN:  132024 | Room #: | DOB:  06/18/1960 |
| Account #:  2284410 | Bed #: | Age:  54 Y |
| Patient Type: RAD | Order Date/Time: 11/28/2014 10:46 AM | Sex:  M |

| Order # | Accession # | Exam Description: | Admitting Diagnosis(es): |
|---|---|---|---|
| 100 | 22844100000100 | MR-CERVICAL SPINE | cervical radiculopathy |

Dictated By:          LANKFORD, DANIEL B M.D.
Ordering Physician:   CULBERTSON, DONALD
Attending Physician:  CULBERTSON, DONALD
Primary Care Physician: UNKNOWN, PRIMARY CARE

JACKET NUMBER:  132024

DATE OF SERVICE:  11/28/2014

HISTORY:  cervical radiculopathy

MRI OF THE CERVICAL SPINE WITHOUT IV CONTRAST

TECHNIQUE:  Multiplanar multi sequence magnetic resonance imaging of the cervical spine was
performed without IV contrast.

COMPARISON:  None available.

FINDINGS:  The cervical alignment remains within normal limits.  The cervical intervertebral discs are
mildly desiccated in signal throughout.  No suspicious focal bone marrow signal abnormality is detected.
C2-C3:  No disc bulge, spinal canal stenosis, or neural foraminal narrowing.
C3-C4:  Small posterior disc osteophyte complex and mild bilateral facet arthrosis results in mild left only
neural foraminal narrowing without spinal canal stenosis.
C4-C5:  Small posterior disc osteophyte complex and bilateral facet arthrosis results in mild left only
neural foraminal narrowing without spinal canal stenosis.
C5-C6:  Small posterior disk osteophyte complex without narrowing of the spinal canal or neural foramina.
C6-C7:  Small posterior disc osteophyte complex and bilateral facet/uncal vertebral hypertrophy results in
mild thecal sac effacement and moderate left/mild right neural foraminal narrowing.
C7-T1:  No disc bulge, spinal canal stenosis, or neural foraminal narrowing.
The cervical soft tissues are unremarkable.
The cervical spinal cord is normal in caliber intensity without focal lesions.

SCANNED

Page 1 of 2

EXHIBIT 9

EXHIBIT 9

14327293171                                       11:0.   a.m.   12-05-2014        9/17

To: Don Culbertson P.A.          From: Daniel B Lankford M.D.        12-02-14  11:53am  p. 2  of 3

# Big Bend Regional Medical Center
2600 Highway 118 North
Alpine, TX 79830
432 837 3447

## IMAGING REPORT

| | | | | |
|---|---|---|---|---|
| Name: | TRINIDAD, ORTEGA L. | | | |
| MRN: | 132024 | Room #: | DOB: | 06/18/1960 |
| Account #: | 2284410 | Bed #: | Age: | 54 Y |
| Patient Type: | RAD | Order Date/Time: 11/28/2014 10:46 AM | Sex: | M |

| Order # | Accession # | Exam Description: | Admitting Diagnosis(es): |
|---|---|---|---|
| 200 | 22844100000200 | MR-LUMBAR SPINE | lumbaar radiculopathy |

Dictated By:            LANKFORD, DANIEL B M.D.
Ordering Physician:     CULBERTSON, DONALD
Attending Physician:    CULBERTSON, DONALD
Primary Care Physician: UNKNOWN, PRIMARY CARE

JACKET NUMBER: 132024

DATE OF SERVICE: 11/28/2014

HISTORY: lumbaar radiculopathy

MRI OF THE LUMBAR SPINE WITHOUT IV CONTRAST

TECHNIQUE: Multiplanar multi sequence magnetic resonance in the lumbar spine was performed without IV contrast

COMPARISON: None available.

FINDINGS: Mild straightening of the lumbar curvature is noted. The lumbar intervertebral disks are desiccated in signal throughout. Mixed Modic endplate changes are seen at L5-S1. No suspicious focal bone marrow signal abnormality is noted. The conus terminates normally at L1 and the visualized spinal cord is normal in signal intensity.

L1-L2: Small circumferential disc bulge, without narrowing of the spinal canal or neural foramina.
L2-L3: Small circumferential disk bulge with small central annular fissure and bilateral facet arthrosis. These findings result in mild bilateral neural foraminal narrowing without significant spinal canal stenosis.
L3-L4: No disc bulge is present. There are moderate bilateral facet arthrosis resulting in no definite neural foraminal narrowing or spinal canal stenosis.
L4-L5: Circumferential disk bulge with a posterior annular fissure and bilateral facet arthrosis/hypertrophy of the ligamentum flavum. These findings result in mild to moderate spinal canal stenosis and mild to moderate bilateral neural foraminal narrowing, slightly worse on the left side.
L5-S1: Circumferential disk bulge and bilateral facet arthrosis results in mild to moderate bilateral neural foraminal narrowing without spinal canal stenosis.

No abnormality of the soft tissues is identified.

EXHIBIT 9

DEC 02 2014

TRINIDAD ORTEGA LERMA
Reg. No. 30542380
Cedar Hill Unit
3711 Wright Ave
Big Spring, TX 79720

X-RAY

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

ACCEPTED BY CEDAR HILL UNIT

RECEIVED
SEP 16 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TO:U.S. DISTRICT COURT
COURT CLERK
341 Pine St., Room 2008
Abiline, TX 79601

MIDLAND TX 797
TUE 15 SEP 2015 PM

